TARA K. MCGRATH
United States Attorney
ALICIA WILLIAMS
California Bar No. 262823
JAMES REDD
Missouri Bar No. 66172
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9661

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>EDWIN CUADRADO,<br><br>Defendant. | Case No.:  23-cr-1855-LAB<br><br>**NOTICE OF UNITED STATES' INTENT TO OFFER EVIDENCE UNDER RULES 702, 703, AND 705 & REQUEST FOR RECIPROCAL DISCOVERY**<br><br>The Honorable Larry A. Burns |

PLEASE TAKE NOTICE that Plaintiff, UNITED STATES OF AMERICA, intends to offer evidence under Rules 702, 703, and 705 of the Federal Rules of Evidence in its case-in-chief at trial or during its rebuttal case to counter expert testimony offered by the Defendant in this case.

1. <u>Notice of Evidence Under Rules 702, 703, and 705</u>

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States provides the following disclosure concerning expert testimony that the United States will seek to introduce pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. The United States reserves the right to offer additional testimony by these expert(s), or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the experts before or during trial.

A. <u>Forensic Chemist – David Huang</u>

Absent a signed stipulation between the parties, the United States intends to offer the testimony of United States Postal Inspection Service (USPIS) Forensic Laboratory Services Forensic Chemist David Huang that the drugs seized from Defendant on August 30, 2023 consisted of methamphetamine, a Schedule II controlled substance. Mr. Huang's opinion will be based upon his laboratory testing the seized methamphetamine weighing approximately 3.45 grams. Mr. Huang's *curriculum vitae* and list of prior testimony since 2018 was previously produced.

Mr. Huang will testify about his qualifications and the steps he took to analyze the suspected controlled substances he received for testing. Mr. Huang will testify that he received a sealed bag containing the suspected controlled substance, recorded the approximate weight of the suspected controlled substance, and took a sample for testing using infrared spectroscopy, gas chromatography, mass spectrometry, and nuclear magnetic resonance spectroscopy, as set forth in the lab reports produced in discovery. Mr. Huang will describe the instruments uses to run these tests, the scientific principles that were applied, and why the results of his analysis support his conclusion as to the identity of the narcotic. Mr. Huang's opinions are based on the chemical, physical, and instrumental analyses, the results generated by those analyses, and his interpretation of those results.

In addition, Mr. Huang will testify about the USPIS Forensic Laboratory Services's review process and that the results of his testing were confirmed by a technical reviewer. Finally, Mr. Huang will describe the USPIS Forensic Laboratory Services's evidence systems, including the use of case numbers and lab file numbers and how the USPIS Forensic Laboratory Services Forensic Chemist tracks the narcotics while they are in the laboratory's possession. This disclosure and the referenced documents are not an exhaustive or complete recitation of testimony the chemist may offer. In addition, the chemist may offer opinions in response to questions posed during trial.

Mr. Huang has not written a publication in the last ten years.

_____
David C. Huang, Forensic Chemist

2. <u>Notice of Request for Reciprocal Discovery</u>

Under Rule 16(b)(1)(A), the United States requests to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and that he intends to introduce as evidence in his case-in-chief at trial.

Under Rule 16(b)(1)(B), the United States requests to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant that he intends to introduce as evidence at the trial or that were prepared by a witness whom Defendant intends to call.

Under Rule 16(b)(1)(C), the United States requests a written statement of any testimony that Defendant intends to use under Rules 702, 703, and/or 705 of the Federal Rules of Evidence as evidence at trial. This statement must include a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief; the bases and reasons for them; the witness's qualifications, including a list of all publications authored in the previous 10 years; and, a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

//
//
//
//
//
//
//

3

The United States also asks for prior statements of all witnesses (except Defendant) under Rule 26.2.

DATED: February 6, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

ALICIA WILLIAMS
JAMES REDD
Assistant U.S. Attorneys

4