# United States v. Edwin Cuadrado
## Case No. 23CR1855-LAB
## UNITED STATES' EXHIBIT LIST



FILED
MAR - 1 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Exhibit No. | Offered by (P/D/I) | Description |
|---|---|---|
| 1 | **Plaintiff** | Photo - Truck (side) *M/R 2/28/2024* |
| 2 | **Plaintiff** | Photo - Truck (front) *M/R 2/28/2024* |
| 3 | **Plaintiff** | Photo - Aficial *M/R 2/28/2024* |
| 5 | **Plaintiff** | Photo - Bandaged and Blood *M/R 2/28/2024* |
| 6 | **Plaintiff** | Photo - Head Wound (unstitched) *M/R 2/28/2024* |
| 8 | **Plaintiff** | Photo - Head Wound (Stitched Back) *M/R 2/28/2024* |
| 9 | **Plaintiff** | Photo - Knife and belongings *M/R 2/28/2024* |
| 10 | **Plaintiff** | Photo - Knife (SDPD photo) *M/R 2/28/2024* |
| 11 | **Plaintiff** | Photo - Pipe + Meth |
| 12 | **Plaintiff** | Photo - Meth |
| 13 | **Plaintiff** | Photo - Pipe |
| 14 | **Plaintiff** | Photo - Overhead Map of Postal Facility *M/R 2/28/24* |
| 15 | **Plaintiff** | DISC - Shell Gas Station |
| 15A | **Plaintiff** | Video Clip – Shell Gas Station (outside) *M/R 2/28/24* |
| 15B | **Plaintiff** | Video Clip – Shell Store *M/R 2/28/24* |
| 16 | **Plaintiff** | DISC - USPS Video |

Case No.: 23CR1855-LAB

15C — Video Clip - Shell station inside Store *M/R 2/29/2024*

| Exhibit No. | Offered by (P/D/I) | Description |
|---|---|---|
| 16A | **Plaintiff** | Video Clip - USPS Employee Parking (northwest) M/R 2/28/2024 |
| 16B | **Plaintiff** | Video Clip - USPS Truck Gated (inbound lane) M/R 2/28/2024 |
| 16C | **Plaintiff** | Video Clip – USPS Employee Parking (Northwest) M/R 2/28/2024 |
| 16D | **Plaintiff** | Video Clip – USPS Employee Parking (Southeast) M/R 2/28/2024 |
| 16E | **Plaintiff** | Video Clip – USPS M/R 2/28/2024 |
| 16F | **Plaintiff** | Video Clip – USPS Employee Parking M/R 2/28/2024 |
| 16G | **Plaintiff** | Video Clip - USPS Outbound Gate M/R 2/28/2024 |
| 16H | **Plaintiff** | Video Clip – USPS Outbound Gate (Close up) M/R 2/28/2024 |
| 17 | **Plaintiff** | DISC - Trojan Video |
| 17A | **Plaintiff** | Video Clip – Trojan Storage Cuadrado and male |
| 17B | **Plaintiff** | Video Clip – Trojan Storage Cuadrado and others |
| 18 | **Plaintiff** | DISC - Post Arrest 2/28/24 Marked |
| 18A | **Plaintiff** | Clips – Post Arrest 1 |
| 18B | **Plaintiff** | Clips – Post Arrest 2 |
| 18C | **Plaintiff** | Clips – Post Arrest 3 |

Case No.: 23CR1855-LAB

| Exhibit No. | Offered by (P/D/I) | Description |
|---|---|---|
| 18D | **Plaintiff** | Clips – Post Arrest 4 |
| 18E | **Plaintiff** | Clips – Post Arrest 5 |
| 18F | **Plaintiff** | Clips – Post Arrest 6 |
| 18G | **Plaintiff** | Clips – Post Arrest 7 |
| 18H | **Plaintiff** | Clips – Post Arrest 8 |
| 18I | **Plaintiff** | Clips – Post Arrest 9 |
| 18J | **Plaintiff** | Clips – Post Arrest 10 |
| 18K | **Plaintiff** | Clips – Post Arrest 11    2/28/24 M/R |
| 18L | **Plaintiff** | Clips – Post Arrest 12    2/28/24 M/R |
| 18M | **Plaintiff** | Clips – Post Arrest 13    2/28/24 M/R |
| 18N | **Plaintiff** | Clips – Post Arrest 14    2/28/24 M/R |
| 18O | **Plaintiff** | Clips – Post Arrest 15    2/28/24 M/R |
| 19 | **Plaintiff** | Photo – Aficial bruises   2/29/2024 M/R |
| 20 | **Plaintiff** | Stipulation of Fact – Tojan Storage (17A – 17B) |
| 21 | **Plaintiff** | Stipulation of Fact - Shell Gas Station and USPS Surv. (15-A – 15B; 16A – 16H)   2/28/24 M/R |
| 22 | **Plaintiff** | Demonstrative – Drug Lab Exam |

Case No.: 23CR1855-LAB

| Exhibit No. | Offered by (P/D/I) | Description |
|---|---|---|
| 23 | **Plaintiff** | Physical Evidence – Knife |
| 24 | **Plaintiff** | Physical Evidence – Pipe |
| 25 | **Plaintiff** | Physical Evidence – Meth |

70 SDPD Ignacio Aguilar Report
72 N/R Photo of Jose Rodriguez vehicle 2/29/2024

Case No.: 23CR1855-LAB