Case 3:23-cr-01855-LAB   Document 61   Filed 03/01/24   PageID.415   Page 1 of 1

FILED

MAR - 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# DEFENSE EXHIBITS

| Let. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| D7 | *VID- Cuadrado Leaving* | 2/28/2024 | 2/28/2024 |
| D8 | IMG Screenshot of Another Car Leaving Truck Gate | | |
| D9 | IMG Screenshot of Another Car Leaving Truck Gate | | |
| D10 | Certified Records of 7.14.22 | | |
| D11 | Certified Records of 1.27.23 | | |
| F7 | *VID EC MEDIA 000031 (Shell Gas Pumps)* | 2/28/2024 | 2/28/2024 |
| F8 | IMG Picture 1 | 2/28/2024 | 2/29/2024 |
| F9 | IMG Picture 2 | 2/28/24 | 2/28/24 |
| F10 | IMG Picture 3 | 2/28/24 | 2/28/24 |
| F11 | IMG Picture 4 | 2/28/24 | 2/28/24 |
| F12 | IMG Picture 5 | 2/28/24 | 2/28/24 |
| F13 | IMG Picture 6 | 2/28/24 | 2/28/24 |
| F14 | IMG Picture 7 | 2/28/24 | 2/28/24 |
| F15 | IMG Picture 8 | 2/28/24 | 2/28/24 |
| F17 | IMG Screenshot-Inbound Lane Front-JR Car 3 | 2/28/24 | 2/28/24 |
| F18 | IMG Screenshot Outbound Lane | 2/28/24 | 2/28/24 |
| F19 | *VID Clip 1* "*"We not arguing, we just tried to say, take him out of the truck"* | | |
| F20 | *VID Clip 2* "*Here is the procedure. You're not allowed to go to the gas station with the truck and he was not there. I told him, "You're not supposed to be here. You're supposed to be on postal premises."* | | |

*United States v. Cuadrado Jr., Edwin*